

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2022

No. 04-22-00629-CR

**EX PARTE** Luis Alexis **GONZALES-MORALES**

From the County Court, Webb County, Texas
Trial Court No. 2022CRB000722L1
Honorable Leticia Martinez, Judge Presiding

# O R D E R

Appellant's brief is currently due November 17, 2022. On November 9, 2022, appellant filed a motion requesting a 45-day extension of time to file the brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief by January 2, 2023. Further requests for extension of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court